**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAMA BROADCASTING, INC.,
et al.

    Plaintiffs,

CASE NO. 3:08-cv-222-J-MMH-TEM

vs.

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

    Defendant.
_____/

**O R D E R**

This matter is before the Court pursuant to a hearing held before the undersigned on August 14, 2008. The hearing concerned the pending motion for order approving substitution of counsel (Doc. #30) and the pending motion for leave to file a second amended complaint (Doc. #35). At the hearing, the undersigned was informed that a decision regarding the appointment of a temporary receiver has been issued by a state trial court in New York. The undersigned believes a copy of this order would benefit the Court.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs Tama Broadcasting, Inc., Tama Group, L.C., Tama Radio Licenses of Jacksonville, Florida, Inc., Tama Radio Licenses of Tampa, Florida, Inc., Tama Radio Licenses of Savannah, Georgia, Inc., Tama Broadcasting Group of Florida, L.C., and Tama Broadcasting, LTD. shall **supplement the pending motion for order approving substitution of counsel (Doc. #30) with a copy of the New York state trial court's order regarding the**

**appointment of a temporary receiver**.

2. The aforementioned Plaintiffs shall make said supplemental filing by the close of business on **August 19, 2008**.

**DONE AND ORDERED** at Jacksonville, Florida this  18th  day of August, 2008.

Copies to all counsel of record
and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge