IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NO. 08-14740-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 1 6 2009

THOMAS K. KAHN
CLERK

TAMA BROADCASTING, INC.,
TAMA GROUP, L.C.,
TAMA RADIO LICENSES OF JACKSONVILLE,
FLORIDA, INC.,
TAMA RADIO LICENSES OF TAMPA,
FLORIDA, INC.,
TAMA BROADCASTING GROUP OF
FLORIDA, L.C.,
TAMPA BROADCASTING, LTD.,
TAMA RADIO LICENSES OF SAVANNAH,
GEORGIA, INC.,

Plaintiffs-Appellees,

CHERRY GROUP, LLC,

Plaintiff-Appellant,

versus

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

Before ANDERSON, DUBINA, and MARCUS, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. It is not objectively clear from the August 19, 2008, notice of appeal or the September 9, 2008, amended notice of appeal which party or parties are attempting to appeal. Fed.R.App.P. 3(c); <u>Bogle v. Orange County Bd. of County Comm'rs</u>, 162 F.3d 653, 660 (11th Cir. 1998). Furthermore, the November 5, 2008, second amended notice of appeal is untimely to perfect an appeal from the district court's August 13, 2008, order, the magistrate judge's August 14, 2008, oral announcement, or the magistrate's August 27, 2008, written order granting the motion to substitute counsel. Fed.R.App.P. 4(a)(1)(A). Even assuming, <u>arguendo</u>, that Cherry Group, LLC's September 22, 2008, response to this Court's jurisdictional question could be construed as a notice of appeal that complied with Federal Rule of Appellate Procedure 3(c), that construed notice of appeal would only be timely as to the magistrate judge's August 27, 2008, order granting the motion to substitute counsel. <u>See</u> Fed.R.App.P. 4(a)(1)(A); <u>Smith v. Barry</u>, 502 U.S. 244, 248-49, 112 S.Ct. 678, 682, 116 L.Ed.2d 678 (1992). The magistrate's August 27, 2008, order is not immediately appealable because it has not been rendered final by the district court. 28 U.S.C. § 636(b); <u>Perez-Priego v. Alachua County</u>, 148 F.3d 1272, 1273 (11th Cir. 1998); <u>Donovan v. Sarasota Concrete Co.</u>, 693 F.2d 1061, 1066-67 (11th Cir. 1982).

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY:
DEPUTY CLERK
ATLANTA, GEORGIA

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 16, 2009

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 08-14740-HH**
Case Style: Tama Broadcasting, Inc. v. D. B. Zwirn Special
District Court Number: 08-00222 CV-J-33-TEM

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-4 (3-2005)