UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMA RADIO LICENSES OF JACKSONVILLE,
FLORIDA, INC., a Florida corporation; TAMPA
BROADCASTING, LTD., a Florida limited partnership;
TAMA GROUP, L.C., a Florida limited liability
corporation; TAMA BROADCASTING GROUP OF
FLORIDA, L.C., a Florida limited liability company;
TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC.,
a Florida corporation; and TAMA RADIO LICENSES OF
SAVANNAH, GEORGIA, INC., a Florida corporation,
CHERRY GROUP, LLC, a Florida limited liability
company; TAMA BROADCASTING, INC, a Delaware
corporation.

      Plaintiffs,                        Case No. 3:08-cv-222-VMC-TEM

vs.

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., a Delaware limited partnership,

      Defendant.
_____/

**FORTRESS VALUE RECOVERY FUND I LLC'S NOTICE OF FILING
MEMORANDUM IN OPPOSITION TO CHERRY GROUP, LLC, DR. GLENN W.
CHERRY, CHARLES W. CHERRY, II, AND GROUP ASSETS, LLC'S MOTION
<u>TO TRANSFER AND CONSOLIDATE</u>**

Defendant, Fortress Value Recovery Fund I LLC ("VRF"), formerly known as D.B. Zwirn Special Opportunities Fund, LLC, by and through undersigned counsel, hereby gives notice of filing its memorandum in opposition to Cherry Group, LLC, Dr. Glenn W. Cherry, Charles W. Cherry, II, and Group Assets, LLC's motion requesting the transfer of the litigation styled <u>Dr. Glenn Cherry, et al. v. D.B. Zwirn Special Opportunities Fund, L.P., et al.</u>, Case No. 8:09-cv-33-T33-EAJ (the "Tampa Action"),

16093131.1

from the Tampa Division to this Court for consolidation with the instant litigation (the "Motion"). VRF attaches a copy of its response to the Motion as Exhibit A hereto.

VRF also provides notice that on December 23, 2009, Magistrate Judge Elizabeth A. Jenkins issued a Report and Recommendation recommending that Judge Virginia Covington grant all pending motions to dismiss the Amended Complaint in the Tampa Action. VRF attaches a copy of the Report and Recommendation as Exhibit B hereto.

>Respectfully submitted,
>
>**/s/ Fentrice D. Driskell**
>David Hywel Leonard
>Florida Bar No. 0296376
>Fentrice D. Driskell
>Florida Bar No. 0833851
>CARLTON, FIELDS, P.A.
>P.O. Box 3239
>Tampa, FL 33601-3239
>Telephone: (813) 223-7000
>Facsimile: (813) 229-4133
>hleonard@carltonfields.com
>fdriskell@carltonfields.com
>Attorneys for Fortress Value Recovery
>Fund I LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of this Court on December 24, 2009, using the CM/ECF system, which will serve a notice of filing upon the filing users.

>/s/ Fentrice D. Driskell
>Attorney