**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHERRY GROUP, LLC, etc.,
et al.,

    Plaintiffs,

CASE NO. 3:08-cv-222-J-34TEM

vs.

FORTRESS VALUE RECOVERY
FUND I, LLC (f/k/a/ D.B. ZWIRN
SPECIAL OPPORTUNITIES
FUND, L.P.),

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Defendant Fortress Value Recovery Fund I, LLC's (f/k/a D.B. Zwirn Special Opportunities Fund, LP) ("Defendant") motion for an enlargement of time within which to respond to the First Amended Complaint (Doc. #111).

Rule 6 of the Federal Rules of Civil Procedure permits court discretion to enlarge periods of time set forth under other rules. Specifically, Rule 6 provides:

> The court may, for good cause, extend the time: (1) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (2) on motion made after the time has expired if the party failed to act because of excusable neglect. . . .

FED. R. CIV. P. 6(b).

Although Defendant avers Plaintiffs indicated, pursuant to Local Rule 3.01(g), that they oppose Defendant's requested relief (Doc. #111 at 3), no response in opposition to

the instant motion has been filed.[1] Consequently, the Court shall consider the motion as unopposed.

Based on the foregoing, it is hereby **ORDERED**:

Defendant's motion for an enlargement of time within which to respond to the First Amended Complaint (Doc. #111) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of February, 2010.

Copies to all counsel of record
and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

---

[1] The Motion was filed on January 21, 2010; therefore, any response in opposition would have been due on or before February 4, 2010.