UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMA BROADCASTING, INC.; TAMA GROUP, L.C.; TAMA RADIO LICENSES OF JACKSONVILLE, FLORIDA, INC.; TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC.; TAMA BROADCASTING GROUP OF FLORIDA, L.C.; TAMPA BROADCASTING, LTD.; TAMA RADIO LICENSES OF SAVANNAH, GEORGIA, INC.; and CHERRY GROUP, L.L.C.,

      Plaintiffs,

v.

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,

      Defendant.
_____/

Case No. 3:08-cv-222-J-33TEM

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**BRYAN D. HULL, ESQ. AS A COUNSEL OF RECORD**

The undersigned counsel for Plaintiffs TAMA BROADCASTING, INC., TAMA GROUP, L.C., TAMA RADIO LICENSES OF JACKSONVILLE, FLORIDA, INC., TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC., TAMA BROADCASTING GROUP OF FLORIDA, L.C., TAMPA BROADCASTING, LTD., and TAMA RADIO LICENSES OF SAVANNAH, GEORGIA, INC. (collectively, the "**Tama Plaintiffs**"),[1] hereby notifies the Court that Brian D. Hull, Esq. should no longer be listed as counsel of record in the above-captioned case, based upon the following:

---

[1] The Tama Plaintiffs include all plaintiffs in this action, other than Cherry Group, L.L.C.

834749.1

Mr. Hull formerly was associated with the law firm Bush Ross, P.A. Mr. Hull left the firm and as such, the Tama Plaintiffs directed that Mr. Hull not continue to represent the Tama Plaintiffs. J. Carter Andersen, Esq. of Bush Ross, P.A. has been and will continue to be lead counsel for the Tama Plaintiffs in this matter.

WHEREFORE, it is respectfully requested that Bryan D. Hull, Esq. be removed as counsel of record in this case, and that the Clerk of Court be directed to remove Mr. Hull from the CM/ECF e-mail service list.

Dated: September 3, 2010

> BUSH ROSS, P.A.
> P.O. Box 3913
> Tampa, FL 33601-3913
> (813) 224-9255
> (813) 223-9620 – fax
>
> By: /s/ J. Carter Andersen
>      J. Carter Andersen
>      Florida Bar No. 0143626

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> By: /s/ J. Carter Andersen
>      Counsel for the Tama Plaintiffs

2

834749.1