**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAMA BROADCASTING, INC.,
et al.

    Plaintiffs,

CASE NO. 3:08-cv-222-J-34TEM

vs.

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

    Defendant.
_____

## **O R D E R**

This matter is before the Court on the "Tama" Plaintiffs' Motion to Withdraw Brian D. Hull, Esq. as Counsel of Record (Doc. #116).[1] In support thereof, it is maintained that Mr. Hull has left the law firm of Bush Ross, PA (Doc. #116 at 2).

As an initial matter, the Court would note that a certifying statement pursuant to Local Rule 3.01(g) was missing from the instant motion. Inclusion of this information indicating whether opposing counsel has any objection to the requested relief often allows the Court to rule more quickly. In the future, the parties should be careful to follow the mandates of Local Rule 3.01(g) and include a certifying statement in their motions. The importance of the Local Rules cannot be overstated. All counsel are expected to be familiar with and comply with all applicable rules of this Court.[2] The Local Rules are available for review on the public

---

[1] The "Tama" Plaintiffs include all the plaintiffs in this action, excluding the Cherry Group, LLC (*see* Doc. #116 at 1 n.1).

[2] Failure to follow the Local Rules may result in the filed document being stricken and returned.

website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.

The Court, however, recognizes that the Tama Plaintiffs' counsel may have inadvertently omitted such certifying statements from the motion; therefore, the Court will grant the motion on this occasion.[3]

Thus, upon due consideration, it is hereby **ORDERED:**

1.   The Tama Plaintiffs' Motion to Withdraw Brian D. Hull, Esq. as Counsel of Record (Doc. #116) is **GRANTED**.

2.   Brian D. Hull, Esq. is relieved of any further responsibility as counsel for the Tama Plaintiffs.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of November, 2010.

Copies to all counsel of record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

---

[3] The Court would note that the law firm of Bush Ross, PA will continue to represent Plaintiffs. Further, the motion was filed on September 3, 2010; therefore, any response in opposition would have been due on or before September 17, 2010. *See* Fed. R. Civ. P. 6; M.D. FLA. LOC. R. 3.01(b). To date, no response in opposition has been filed.