UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHERRY GROUP, LLC.,

        Plaintiff,

vs.                                             Case No. 3:08-cv-222-J-34TEM

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant Fortress Value Recovery Fund I LLC's Motion to Transfer and Consolidate (Doc. No. 110; Motion) filed on January 21, 2010.[1] On February 3, 2010, Plaintiff filed a response in opposition to the Motion. See Memorandum of Plaintiff Cherry Group, LLC in Opposition to Motion of Defendant D.B. Zwirn Special Opportunities Fund, L.P. to Transfer and Consolidate, Docket No. 110 (Doc. No. 113; Response). In the Motion, Defendant requests that the Court transfer this case "to the docket of Judge Covington in the Tampa Division and consolidate it with two actions currently pending before Judge Covington: Cherry v. D.B. Zwirn Special Opportunities Fund, L.P., Case No. 8:09-cv-0033-T33-EAJ ("the First Tampa Action") and Group Assets, LLC v. Fortress Investment Group, Case No. 8:09-cv-01530-T33-EAJ ("the Second Tampa Action")." See Motion at 1. However, upon review, the Court notes that both of the Tampa

---

[1] It appears Defendant Fortress Value Recovery Fund I LLC was formerly known as D.B. Zwirn Special Opportunities Fund, L.P., the defendant named in the First Amended Complaint With Class Allegations (Verified) (Doc. No. 108; Amended Complaint). See Motion at 1.

Actions are closed and on appeal at this time.  As such, the instant Motion is due to be denied.  Accordingly, it is

**ORDERED**:

Defendant Fortress Value Recovery Fund I LLC's Motion to Transfer and Consolidate (Doc. No. 110) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida on April 4, 2011.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties