**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| TAMA BROADCASTING, INC.; TAMA GROUP, L.C.: TAMA RADIO LICENSES OF JACKSONVILLE, FLORIDA, INC.; TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC.; TAMA BROADCASTING GROUP OF FLORIDA, LC.; TAMPA BROADCASTING, LTD.; TAMA RADIO LICENSES OF SAVANNAH, GEORGIA, INC.; and CHERRY GROUP, L.L.C., : : : : : : : : : : : | CASE # 3:08-cv-00222-MUH-TEM  JUDGE HOWARD |
| Plaintiffs, : | |
| v. : | |
| D.B. ZWIRN OPPORTUNITIES FUND, L.P., : | |
| Defendant. : | |

## CHERRY GROUP, LLC FIFTH STATUS REPORT

Since the April 26, 2011 Status Report, the Eleventh Circuit dismissed the appeal in <u>Dr. Glenn W. Cherry, et al. v. D.B. Zwirn Special Opportunities Fund, L.P.</u>, Case No. 10-10761-HH on July 13, 2011. A Petition for Rehearing was denied on August 31, 2011. Appellants have until November 30, 2011, to file a Petition for a Writ of Certiorari in the United States Supreme Court.

Plaintiffs request a status conference to develop a case management plan for this action and to place this action back into active status.

        *s/Percy Squire, Esq.*
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
341 S. Third Street, Suite 101
Columbus, Ohio 43215
Telephone: (614) 224-6525
Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Former counsel for Plaintiffs

Of Counsel:
Charles W. Cherry, II, Esq.
5200 SW 18th St.
Plantation, FL 33317
Facsimile: (954) 583-9667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing or email, September 12, 2011, upon the counsel of record.

        *Percy Squire, Esq.*
Percy Squire, Esq. (0022010)