UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| CHERRY GROUP, LLC | : | |
| 5207 Washington Boulevard | : | |
| Tampa, Florida 33619 | : | |
| Individually and as class representative, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No.: 3:08-cv-00222-MMH-TEM |
| | : | |
| D.B. ZWIRN SPECIAL | : | |
| OPPORTUNITIES FUND, L.P. | : | |
| 745 Fifth Avenue, 18th Floor | : | |
| New York, NY 10151 | : | |
| | : | |
| Defendant. | : | |

DEFENDANT FORTRESS VALUE RECOVERY FUND I LLC'S
RESPONSE IN OPPOSITION TO INITIAL FEE APPLICATION OF FORMER
COUNSEL FOR TAMA BROADCASTING, INC.

Defendant Fortress Value Recovery Fund I LLC (f/k/a D.B. Zwirn Special Opportunities Fund, L.P.) (the "Fund") by and through its undersigned counsel, submits this brief response in opposition to the Initial Fee Application of Former Counsel for former plaintiff Tama Broadcasting, Inc.

The Fund opposes the application for the reasons set forth in Tama Broadcasting, Inc.'s Response in Opposition to Initial Fee Application, filed on September 29, 2011, which the Fund hereby adopts by reference.

The Fund further submits that, should this Court decide not to deny the fee application in its entirety, an evidentiary hearing as requested by Tama would be appropriate given the incomplete and implausible nature of the time records submitted by

Tama's former counsel.  To cite just two examples, the invoice submitted by the Torys,

L.L.P. firm includes $36,521.52 in "previously billed and unpaid" fees with no detail

provided whatsoever as to hours, rates, or services rendered in support of that amount

(*see* Initial Fee Application, Ex.1); and the invoices submitted by Percy Squire Co., Ltd.

contain very little detail and, in one instance, claim that Mr. Squire personally billed

21.25 hours in a single day (*see* Initial Fee Application, Ex. 2, entries for April 10, 2008

in statements 2011AUG172 and 2011Aug173).

Accordingly, the Fund respectfully submits that the application for fees should be

denied.

Dated: September 29, 2011

Respectfully submitted,

/s/ Matthew A. Leish
David Hywel Leonard
Florida Bar No. 0296376
D. Matthew Allen
Florida Bar No. 0866326
Matthew A. Leish
Florida Bar No.  0054041
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
mallen@carltonfields.com
mleish@carltonfields.com

Attorneys for Defendant Fortress Value
Recovery Fund I LLC (f/k/a D.B. Zwirn
Special Opportunities Fund, L.P.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2011, a true and correct copy of the foregoing was filed with the Clerk of this Court using the CM/ECF system, which will serve a notice of filing upon the filing users.

s/ Matthew A. Leish
Attorney