UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHERRY GROUP, LLC : 
5207 Washington Boulevard : 
Tampa, Florida 33619 : 
Individually and as class representative, : 
 : 
            Plaintiff, : 
 : 
  vs. : Case No.: 3:08-cv-00222-MMH-TEM
 : 
D.B. ZWIRN SPECIAL : 
OPPORTUNITIES FUND, L.P. : 
745 Fifth Avenue, 18th Floor : 
New York, NY 10151 : 
 : 
            Defendant. : 

**D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.'S RESPONSE TO OBJECTION TO NOVEMBER 29, 2011 REPORT AND RECOMMENDATION**

Defendant Fortress Value Recovery Fund I LLC, f/k/a D.B. Zwirn Special Opportunities Fund, L.P. ("the Fund"), hereby responds to the Objection of Cherry Group, LLC, Dr. Glenn W. Cherry, Charles W. Cherry and Percy Squire to November 29, 2011 Report and Recommendation, and states as follows:

The Objection is entirely without merit for the reasons set forth in the Response to Objection submitted by Tama Broadcasting, Inc. ("Tama"), which the Fund hereby incorporates by reference in its entirety.  In addition to the points raised by Tama, the Fund also notes that the Objection fails to cite any case law or other authority whatsoever in support of its arguments; fails to rebut or address in any way the controlling case law cited by Magistrate Judge Morris in his Report and Recommendation; fails to address Magistrate Judge Morris' observation that the fee application cites no statutory or contractual basis for an award of fees; and fails to address the numerous other

deficiencies in the fee application noted at pages 10-11 of the Report and Recommendation.

WHEREFORE, the Fund respectfully requests that the Court overrule the Objection, deny the Fee Application, and grant such other and further relief as the Court deems proper.

Dated:  December 29, 2011

                                      Respectfully submitted,

/s/ Matthew A. Leish
David Hywel Leonard
Florida Bar No. 0296376
D. Matthew Allen
Florida Bar No. 0866326
Matthew A. Leish
Florida Bar No.  0054041
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
mallen@carltonfields.com
mleish@carltonfields.com

Attorneys for Defendant Fortress Value Recovery Fund I LLC (f/k/a D.B. Zwirn Special Opportunities Fund, L.P.)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2011, a true and correct copy of the foregoing was filed with the Clerk of this Court using the CM/ECF system, which will serve a notice of filing upon the filing users.

                                      s/ Matthew A. Leish
                                      Attorney