UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHERRY GROUP, LLC,**

    **Plaintiffs,**

v.                                                                                                    Case No. 3:08-cv-222-J-33TEM

**D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

Bryan D. Hull, Esq. of the law firm of Bush Ross, P.A. files this Notice of Appearance as additional counsel of record for the following Plaintiffs: Tama Broadcasting, Inc., Tama Group, L.C., Tama Radio Licenses of Jacksonville, Florida, Inc., Tama Radio Licenses of Tampa Florida, Inc., Tama Broadcasting Group of Florida, L.C., Tampa Broadcasting, Ltd., and Tama Radio Licenses of Savannah, Georgia, Inc.  No appearance is being entered for Plaintiff Cherry Group, L.L.C., which has separate counsel of record in this action.

                                        Respectfully submitted,

                                        BUSH ROSS, P.A.

Dated:  March 1, 2013            By:  /s/ Bryan D. Hull
                                        J. Carter Andersen
                                        Florida Bar No. 0143626
                                        *candersen@bushross.com*
                                        Bryan D. Hull
                                        Florida Bar No. 0020969
                                        *bhull@bushross.com*
                                        Post Office Box 3913
                                        Tampa, Florida 33601-3913
                                        (813) 224-9255; (813) 223-9620 – FAX

                                        Attorneys for:
                                        TAMA BROADCASTING, INC.
                                        TAMA GROUP, L.C.
                                        TAMA RADIO LICENSES OF
                                            JACKSONVILLE, FLORIDA, INC.
                                        TAMA RADIO LICENSES OF TAMPA,
                                            FLORIDA, INC.
                                        TAMA BROADCASTING GROUP OF
                                            FLORIDA, L.C.
                                        TAMPA BROADCASTING, LTD.
                                        TAMA RADIO LICENSES OF SAVANNAH,
                                            GEORGIA, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2013, I electronically filed a true and correct copy of the foregoing Notice with the Clerk of the United States District Court for the Middle District of Florida using the CM/ECF system and I furnished a copy of the document(s) to the following parties in the manner of service indicated below:

By: /s/ Bryan D. Hull
Attorney

Via the CM/ECF system which will send a Notice of Electronic Filing to:
Charles W. Cherry, II, Esq.
Percy Squire, Esq.
Fentrice Driskell, Esq.
David Hywel Leonard, Esq.
David Matthew Allen, Esq.
Matthew A. Leish, Esq.
Steven Paradise, Esq.