**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHERRY GROUP, LLC,**

    **Plaintiffs,**

v.                                             Case No. 3:08-cv-222-J-33TEM

**D.B. ZWIRN SPECIAL OPPORTUNITIES**
**FUND, L.P.,**

    **Defendant.**
_____/

**NOTICE TO THE COURT**

Pursuant to Local Rule 3.01(h), Tama Broadcasting, Inc. provides notice that the Initial Fee Application of Former Counsel for Tama Broadcasting, Inc. (Doc. No. 123), filed on September 12, 2011, and the Magistrate Judge's Report and Recommendation (Doc. No. 126), filed on November 29, 2011, have been fully briefed for more than 180 days and have not yet been ruled upon by the Court.

                                        Respectfully submitted,

                                        BUSH ROSS, P.A.

Dated: March 1, 2013             By: /s/ Bryan D. Hull
                                        J. Carter Andersen
                                        Florida Bar No. 0143626
                                        candersen@bushross.com
                                        Bryan D. Hull
                                        Florida Bar No. 0020969
                                        bhull@bushross.com
                                        P.O. Box 3913
                                        Tampa, FL 33601-3913
                                        (813) 224-9255; (813) 223-9620 – FAX

                                        Attorneys for: TAMA BROADCASTING, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2013, I electronically filed a true and correct copy of the foregoing Notice with the Clerk of the United States District Court for the Middle District of Florida using the CM/ECF system and I furnished a copy of the document(s) to the following parties in the manner of service indicated below:

By: /s/ Bryan D. Hull
Attorney

Via the CM/ECF system which will send a Notice of Electronic Filing to:
Charles W. Cherry, II, Esq.
Percy Squire, Esq.
Fentrice Driskell, Esq.
David Hywel Leonard, Esq.
David Matthew Allen, Esq.
Matthew A. Leish, Esq.
Steven Paradise, Esq.